IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERICK MOEN, | ) | 4:12CV3079 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LANCASTER COUNTY CORRECTIONS, | ) ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. On April 20, 2012, Plaintiff Erick Moen ("Moen") filed a Petition for Writ of Habeas Corpus and a Motion for Leave to Proceed in Forma Pauperis. (Filing Nos. 1 and 2.) On May 9, 2012, the court determined that Moen's prisoner trust account contained an average monthly balance of $100 or more for the six-month period immediately preceding the filing of the petition. (Filing No. 5.) As such, it ordered Moen to pay the $5.00 filing fee because he has the financial ability to do so. (*Id.*) The court warned Moen that failure to pay the filing fee by June 8, 2012, could result in dismissal of his case without further notice. (*Id.*) The June 8, 2012, deadline has passed and Moen has not paid the filing fee. (*See* Docket Sheet.) Therefore, Moen's claims are dismissed for failing to comply with the court's May 9, 2012, Memorandum and Order.

IT IS THEREFORE ORDERED that: Moen's Petition is dismissed without prejudice because he failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 18th day of June, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.